B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA AT INDIANAPOLIS

| | |
|---|---|
| IN RE: | Case No. 12-12077 |
| Michael Fred Crum | Chapter 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual, but Solely as Legal Title Trustee | Wells Fargo Bank N.A., as Cerificate Trustee (not in its individual capacity but solely as certificate trustee) in Trust for Registered Holders of VNT Trust Series 2010-1 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where payments and notices to transferee should be sent:

Home Servicing LLC
8641 United Plaza Blvd Suite 302
Baton Rouge, LA 70809

Court Claim # (if known): 7

Amount of Claim: $54,606.18
Date Claim Filed: 03/04/2013

Last Four Digits of Acct#: 1429      Last Four Digits of Acct# 1429

I declare under penalty of perjury that the information in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David H. Yunghans        Date: April 2, 2014
    Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*