B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | |
| **Michael Fred Crum** | Case No.: 12-12077 |
| | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |
| | * * * * * * * * * * * * * * * * * * * * |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank National Association, as Legal Title Trustee of the Residential Mortgage Loan Trust 2013-TT2, by and through its mortgage servicing agent Planet Home Lending, LLC,           Residential Mortgage Loan Trust 2013-TT2
    Name of Transferee                                                                 Name of Transferor

Name and Address where notices to Transferee        Court claim # (if known): 7-1
should be sent:                                                              Amount of Claim
                                                    Total Debt: $54,606.18
Planet Home Lending, LLC                                                  Arrearage Portion: $5,922.93
321 Research Parkway, Suite 303                             Date Claim Filed: March 4, 2013
Meriden, CT 06450

Phone:                                                                        Phone:
Last four Digits of Acct #: 0566                              Last Four Digits of Acct. #: 1429
Name and Address where Transferee payments
should be sent (if different from above):

Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden CT 06450

Phone:
Last four Digits of Acct #: 0566

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sarah E. Barngrover                    Dated: July 24, 2017

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

17-018400_KAH1