UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL FRED CRUM | ) CASE NO.  12-12077-JJG-13 |
| | ) |
| DEBTOR(S) | ) |

## MOTION TO MODIFY CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

Comes now Michael Fred Crum , debtor, by Counsel and move to Modify his Chapter 13 Plan.  In support of this motion, the debtor states as follows:

1. The debtor filed his plan on October 10, 2012; it was confirmed on April 10, 2013.

2. Since filing, the debtor's plant is being closed, and he will be forced to retire, effective July 2017.  His income will be reduced, making the current plan payments unaffordable.

3. The debtor will file a supplemental "I" and "J" herewith to reflect these changes.

4. The debtor proposes to modify his plan as follows:  $62,854.68 through June 10, 2017; then starting July 2017, he will pay $530.00 per month for the remaining 4 months for a total 5 year plan base of $64,974.24.

5. All other terms of debtor=s' chapter 13 plan shall remain the same.

PLEASE TAKE NOTICE THAT any objection must be filed with the Bankruptcy clerk **within 21 days of the date of this notice**. Those not required or permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight or express mail, or in person at:

> 46 East Ohio #116
> Indianapolis IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion, and the trustee. **If an objection is NOT timely filed, the requested relief may be granted.**

      WHEREFORE, debtor Michael Fred Crum, moves to modify the plan as proposed and grant such other relief as appropriate.

DATE: October 2, 2017                  /s/ Mark Zuckerberg
                                                     Mark Zuckerberg, attorney for debtor
                                                       Attorney #13815-49
                                                       429 North Pennsylvania Street, Suite 100
                                                       Indianapolis, IN 46204
                                                       317-687-0000
                                                       Filings@mszlaw.com

## Certificate of Service

      The undersigned attorney hereby certifies that October 2, 2017, a copy of the foregoing pleading was served upon the following by first class US Mail, postage prepaid to the parties listed below:

        Sarah E. Barngrover    amps@manleydeas.com
        Ann M. DeLaney    ECFdelaney@trustee13.com, ecfdelaney@gmail.com
        Crystal Lynn Saresky    bankruptcies@gernerlaw.com
        U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
        David H. Yunghans    inbk@rslegal.com,
        Mark S. Zuckerberg    filings@mszlaw.com

        Matrix attached hereto

                                                       /s/ Mark Zuckerberg
                                                       Mark Zuckerberg, attorney for debtor
                                                       Attorney #13815-49
                                                       429 North Pennsylvania Street, Suite 100
                                                       Indianapolis, IN 46204
                                                       317-687-0000
                                                       Filings@mszlaw.com