UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                                         CASE NO. 12-12077-JJG-13
MICHAEL FRED CRUM

DEBTOR(S)

NOTICE OF PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor (s) has/have completed all payments under the confirmed Chapter 13 plan.

If the debtor(s) is/are eligible for a discharge, the debtor(s) is/are now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's forms. Those forms are available at www.insb.uscourts.gov under Forms/Local/Chapter 13. (If applicable, the debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THESE REQUIRED PLEADINGS WITHIN 30 DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT A DISCHARGE**

                                                                               Respectfully submitted,

DATE: January 4, 2018

                                                                               /s/Ann DeLaney
                                                                               Ann DeLaney
                                                                               P.O. Box 441285
                                                                               Indianapolis, IN  46244
                                                                               Telephone: (317) 829-7360
                                                                               Facsimile: (317) 829-7369
                                                                               Email:anndelaney341@trustee13.com

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Plan Completion has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date January 4, 2018:

U. S. Trustee        *via electronic mail*

LAW OFFICES OF MARK S ZUCKERBERG        *via electronic mail*

MICHAEL FRED CRUM: 3407 WEST REBA AVENUE, BLOOMINGTON, IN 47403

: , , ,

                                                                               /s/Ann DeLaney
                                                                               Ann DeLaney