# B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re: MICHAEL FRED CRUM         Case No. 12-12077

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 | US Bank National Association, as Legal Title Trustee of the Residential Mortgage Loan Trust 2013-TT2, by and through its mortgage servicing agent Planet Home Lending, LLC, |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #:3899

Court Claim # (if known): 7-1
Amount of Claim: $54606.18
Date Claim filed: 03/04/2013

Phone no:
Last Four Digits of Acct #: 0566

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 3899

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mohammed Lala
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

Date: 01/19/2018

# B 2100A (Form 2100A) (12/15)